# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 10, 2023

Lyle W. Cayce
Clerk

———————

No. 22-60223

———————

Keena Sims, *individually, and as administratrix of* the estate of Toussaint Diamon Sims and *on behalf of K.S.S., a minor child*, and A.J.S., *a minor child*,

*Plaintiff—Appellant*,

*versus*

Lancen Shipman,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:20-CV-247

———————————————————————

Before Richman, *Chief Judge*, and Jones and Ho, *Circuit Judges*.

Per Curiam:[*]

The court has carefully considered this appeal in light of the briefs, the record, and the opinion of the district court.  Having done so, we find no

———————————————

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-60223

reversible error of fact or law and affirm for essentially the reasons stated in the district court's thorough and well-reasoned opinion.

AFFIRMED.